UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MARIO ORTUNO-BALLARDO,<br><br>Defendant. | Case No. 2:17-cr-00083-BLW<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the Motion to Dismiss (Dkt. 18) is **GRANTED** and this case is dismissed without prejudice.

DATED: June 6, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court

ORDER - 1